# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES M. HUBER, | : | |
| Petitioner, | : | Case No. 3:08cv00244 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| WARDEN, Allen Correctional Institution, | : | |
| | : | |
| Respondent. | | |

## ORDER

Petitioner is an inmate in state custody at the Allen Correctional Institution due to criminal convictions, and a resulting twelve-year sentence, entered against him in the Miami County, Ohio Court of Common Pleas. His convictions and sentence arose from his no-contest pleas to charges of breaking and entering, theft, possession of drugs, engaging in a pattern of corrupt activity, and conspiracy to engage in a pattern of corrupt activity.

Petitioner seeks a writ of habeas corpus under 28 U.S.C. §2254. The case is pending on Petitioner's Motion to Stay (Doc. #15) and the record as a whole. Petitioner asserts that a Stay is warranted because he erred in filing his original habeas petition. It is not clear why Petitioner believes he committed an error. *See id*. Petitioner further notes, "pending in the Ohio Court of Appeals, Second District, Miami County, Ohio, i[s] an appeal of the petitioner's guilty pleas – Ohio Crim. R. 32.1 – by a through Patrick J. Conboy II....

Therefore the Court should stay the proceeding indefinitely." *Id.*

Petitioner is not entitled to an indefinite stay of this case because he has unsuccessfully challenged the validity of his pleas in state court on at least two occasions. *See* Doc. #7 at 27-29. He provides no particular reason why the existence of his presently ongoing action in the Ohio Court of Appeals would support the issuance of a stay in this case.

Accordingly, the Court hereby DENIES Petitioner's Motion for Stay (Doc. #15), and the instant habeas corpus case remains pending on the docket of this Court.


September 15, 2010                          s/ Sharon L. Ovington
                                                     Sharon L. Ovington
                                      United States Magistrate Judge