# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOHN M. HUBER, | : | |
| Petitioner, | : | Case No. 3:08cv00244 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| WARDEN, Lebanon Correctional Institution, | : | |
| | : | |
| Respondent. | : | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #17), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on May 13, 2011 (Doc. #17) is ADOPTED in full;

2. John M. Huber's Petition for Writ of Habeas Corpus (Doc. #1) is DENIED and DISMISSED;

3. Petitioner is DENIED leave to appeal in forma pauperis under 28 U.S.C. §1915(a)(3), and Petitioner is DENIED any requested certificate of

appealability under 28 U.S.C. §2253(c); and

4. The case is terminated on the docket of this Court.

*(signature)*
Walter Herbert Rice
United States District Judge